## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## (CIVIL DIVISION)

| | |
|---|---|
| Travon ELIY <br> 1900 D Street, SE <br> Washington, DC 20003 <br>                 Plaintiff <br><br> v. <br><br> DISTRICT OF COLUMBIA <br> A MUNICIPAL CORPORATION <br> WILSON BUILDING <br> 1350 PENNSYLVANIA AVENUE, NW <br> WASHINGTON, DC 20004 <br><br> *Serve On:* <br>     The Honorable Muriel Bowser <br>     Mayor, District of Columbia or Designees <br>     *Tabatha Braxton, Arlethia Thompson* or <br>     *Kadesha Washington* <br>     John Wilson Building <br>     1350 Pennsylvania Avenue, NW <br>     Washington, D.C. 20004 <br><br>     The Honorable Karl Racine <br>     Attorney General, District of Columbia <br>     or Designees *Darlene Fields,* <br>     *Tonia Robinson* or *Gale Rivers* <br>     441 Fourth Street, NW <br>     Washington, D.C. 20004 <br>                     Defendants | Civil Action No.: 2020 CA 001773 B |

## **COMPLAINT**

Comes now plaintiff, Travon Eliy, by and through his attorney I. Hope Umana, Esq., and HUMANA LAW FIRM, PLLC and hereby sues defendant, and for cause states:

PARTIES, JURISDICTION AND VENUE:

1. The Plaintiff Travon Eliy is an adult citizen of the State of Maryland temporarily residing presently at 1900 D Street, SE Washington, DC 20003.

2. Defendant, District of Columbia (DC) is a municipal corporation responsible

for the administration of governmental functions affecting the District of Columbia, and was at all times relevant to this cause of action responsible for the plaintiff, an inmate at the DC Jail Facility (Jail). The District of Columbia Department of Corrections is the agency within the District of Columbia responsible for the incarceration of inmates in the District of Columbia and operates the DC Jail Facility, at 1901 'D' Street, S.E. Washington, D.C. 20003, owned by the District of Columbia; and its Warden is in charge of that facility, its inmates Welfare and Safety, and the supervision of personnel. Defendant is directly responsible for managing, supervising and maintaining the facility.

3. At all times relevant, Defendant District of Columbia was responsible for the safety of inmates, and for establishing the operational rules, regulations and policies and for enforcing the rules, regulations and policies at the Jail. The Defendant DC was also responsible for training and supervising Corrections Officers and for ensuring that its officers and personnel obey the rules, regulations and policies and the laws of the District of Columbia and the United States. The Defendant was also responsible for health care and welfare of inmates.

4. All acts alleged in this Complaint occurred within the District of Columbia.

5. The District of Columbia is the place where the events giving rise to this lawsuit occurred. Therefore, jurisdiction and venue are appropriate pursuant to DC Code Ann. §§ 11-921 (1981 Edition).

6. Plaintiff had timely filed notice pursuant to the D.C. Code § 12-309 (1981

Edition) on April 8, 2019.

FACTUAL BACKGROUND:

7. Plaintiff, Travon Eliy was at all times relevant to this complaint a pre-trial inmate confined at the DC Jail, which is operated by defendant as aforesaid.

8. On or about March 26, 2019, the plaintiff was exposed to dangerous condition which seriously injured him to wit: the plaintiff was bitten by a dangerous insect or rodent while in his unit, which bite area became infected. The insect or rodent bite happened because the jail management left the jail in unsanitary condition.

9. The incident led to plaintiff experiencing serious traumatic and physical health injuries.

10. Following the physical injury, the plaintiff was also not afforded adequate physical medical care, causing the Plaintiff to further deteriorate, and become infected and take an extended time to heal.

COUNT ONE

(Negligence)

11. Plaintiff re-alleges paragraphs 1 through 10 as set forth here in full.

12. Defendant, was operating its jail premises in a careless manner, and acting in a reckless manner, operated its jail premises negligently, failed to properly maintain, sanitize and up keep the jail.

13. Defendant, owed the plaintiff and other inmates a duty of care to not operate its jail premises, unsanitary and careless manner, and to not act in a reckless manner, to not operate its premises negligently, or to fail to properly maintain,

sanitize and up keep the common areas.

14. Defendant, breached these duties by operating its jail premises in a careless manner, and acting in a reckless manner, operated its premises negligently, failed to properly maintain and up keep the jail and thereby causing the plaintiff to be bitten by an insect or rodent.

15. As a direct and proximate result of the negligence and carelessness of, and breach of duty by Defendant, the plaintiff was bitten by an insect or rodent.

16. As a further direct and proximate result of the negligence and carelessness of DC, and the ensuing insect or rodent bite, the plaintiff sustained grievous and painful injuries to his body.

17. As a further and direct result of the negligence and carelessness of the defendant, the plaintiff: (1) suffered, and will continue to suffer pain, anxiety and mental anguish; (2) incurred and continues to incur expenses for medical care and medicines; (3) and was, for a period of time, unable to engage in his normal activities and continues to be so disabled.

18. Plaintiff further states that the bite was directly and proximately caused by the negligence of the Defendant, without any contributory negligence on the part of the Plaintiff.

19. As a direct and proximate consequence of the negligence of the Defendant, directly or indirectly Plaintiff sustained injuries as alleged.

WHEREFORE, Plaintiff demands judgment against the Defendant, for compensatory damages in the amount of Fifty Thousand ($50,000.00) Dollars. The Plaintiff also

demands attorneys' fees and costs.

<u>COUNT TWO</u>
(Inadequate Medical Care)

20. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 19 as if fully set out herein.

21. Defendant knew or ought to have known of the excessive risk of leaving the plaintiff in putrid mess, and they disregarded that risk and left him there for about 35 minutes.

22. Defendants' action was neither based on penal interest nor did it advance any penological end.

23. Even after the Plaintiff was finally extracted from the mess, he was not provided the necessary medical and rehabilitation care that was necessary and customary for his injured need and tailored to his needs. That failure to provide adequate medical are is still on-going and caused him permanent injuries.

24. As a direct and proximate consequence of these failures, Plaintiff sustained injuries as alleged, the Plaintiff's medical condition deteriorated as there was no proper and adequate care of his medical needs provided.

WHEREFORE, Plaintiff demands judgment against the Defendant, for compensatory damages in the amount of Fifty Thousand ($50,000.00) Dollars. The Plaintiff also demands attorneys' fees and costs.


JURY TRIAL REQUEST:

Plaintiff hereby demands a jury trial on all issues.

Respectfully submitted,

*[signature]*

Hope Umana, Esq. # 459092
HUMANA LAW FIRM
The Montgomery Building
8630 Fenton Street, # 126
Silver Spring, MD 20910
Phone: (301) 587-0090
Fax: (301) 587-5540
Hope@Humanalaw.com
Counsel for the Plaintiff

Date: March 11, 2020

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

TRAYVON ELY  Case Number: 2020 CA 001773 B

vs  Date: 03-11-2020

DISTRICT OF COLUMBIA  ☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)* I. HOPE UMANA, ESQ.
Firm Name: HUMANA LAW FIRM
Telephone No.: 301 587 0090   Six digit Unified Bar No.: 459092

Relationship to Lawsuit
☑ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 50,000.00   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____
Case No.: _____ Judge: _____ Calendar#: _____

NATURE OF SUIT:  *(Check One Box Only)*

**A. CONTRACTS**                                    **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 07 Personal Property          ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty          ☐ 09 Real Property-Real Estate  ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 12 Specific Performance       ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees      ☐ 13 Employment Discrimination  ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure/Judicial Sale

**B. PROPERTY TORTS**

☐ 01 Automobile                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 09 Harassment                        ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection     ☐ 10 Invasion of Privacy               ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery         ☐ 11 Libel and Slander                 ☐ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury ☐ 12 Malicious Interference            ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation)  ☐ 13 Malicious Prosecution             ☐ 21 Asbestos
☐ 06 False Accusation            ☐ 14 Malpractice Legal                 ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest                ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 23 Tobacco
☐ 08 Fraud                       ☑ 16 Negligence- (Not Automobile, Not Malpractice)   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____  
Attorney's Signature

03-11-2020  
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

TRAYVON ELIY
_____
Plaintiff

vs.                                           Case Number _____

DISTRICT OF COLUMBIA
% MAYOR MURIEL BOWSER
WILSON BUILDING
PENN AVENUE
WASHINGTON, DC 20001
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. HOPE UMANA, ESQ.
_____
Name of Plaintiff's Attorney
HUMANA LAW FIRM, PLLC
8630 Fenton Street
Suite 126
Address   Silver Spring, MD 20910

301 587 0090
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    (Amharic) (202) 879-4828

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CASUM.doc

FORM SUMMONS - Jan. 2011



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                             Demandante
    contra
                                                Número de Caso: _____

_____
                              Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                                   *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                         Por: _____
_____
Dirección                                                 Subsecretario

_____
                                         Fecha _____
Teléfono

如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     ሰንደቅ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                                                Vea al dorso el original en inglés
                                                See reverse side for English original

                                                                                                                                    CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

TRAYVON ELLY
_____
Plaintiff

vs.                                                                  Case Number _____

DISTRICT OF COLUMBIA
c/o A.G. KARL RACINE
441 4TH ST, NW
WASHINGTON, DC 20004
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

I. HOPE UMANA, ESQ
_____
Name of Plaintiff's Attorney

HUMANA LAW FIRM, PLLC
8630 Fenton Street
Suite 126
Silver Spring, MD 20910
_____
Address

301 587 0090
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም አስፈላጊ (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CASUM.doc

FORM SUMMONS - Jan. 2011





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____ Demandante

contra

Número de Caso: _____

_____ Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

TRAYVON ELIY
    Vs.                                       C.A. No.     2020 CA 001773 B
DISTRICT OF COLUMBIA

# INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                                                    Chief Judge Robert E. Morin

Case Assigned to: Judge HEIDI M PASICHOW
Date: March 12, 2020
Initial Conference: 9:30 am, Friday, June 12, 2020
Location: Courtroom 516
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

                                                                                                        CAIO-60

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin

CAIO-60